No. 81–308.   HOTEL & RESTAURANT EMPLOYEES & BAR-
TENDERS INTERNATIONAL PENSION FUND ET AL. *v.* ROSEN.
C. A. 3d Cir.   Certiorari denied.

No. 81–316.   HERITAGE HOMES OF ATTLEBORO, INC. *v.*
SEEKONK WATER DISTRICT.   C. A. 1st Cir.   Certiorari de-
nied.

No. 81–357.   LACEY *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 81–379.   WYLER *v.* UNITED STATES.   C. A. 2d Cir.
Certiorari denied.

No. 81–5019.   JONES *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 81–5030.   LAMAGNA *v.* UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.

No. 81–5036.   ROGERS *v.* NEW YORK.   Ct. App. N. Y.
Certiorari denied.

No. 81–5052.   BURKHEAD *v.* UNITED STATES.   C. A. 8th
Cir.   Certiorari denied.

No. 81–5058.   MARTINEZ *v.* UNITED STATES.   C. A. 9th
Cir.   Certiorari denied.

No. 81–5066.   KIMMES *v.* SCHWEIKER, SECRETARY OF
HEALTH AND HUMAN SERVICES.   C. A. 10th Cir.   Certio-
rari denied.

No. 81–5069.   IN RE ZATKO.   C. A. 2d Cir.   Certiorari
denied.

No. 81–5094.   STOUT *v.* UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 81–5111.   SCHMADER *v.* UNITED STATES.   C. A. 4th
Cir.   Certiorari denied.